

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-CR-319 (ENV) |
| DANIEL SARGEANT | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/18/2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Thomas A. Hanusik, Esq. and Kelly T. Currie, Esq.
*Printed name of defendant's attorney*

s/Eric Vitaliano
_____
*Judge's signature*

Hon. Eric N. Vitaliano, District Court Judge
*Judge's printed name and title*