TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RD 12/19/19



**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

******************************

United States

    -v.-                       19-CR-319 (ENV)

Daniel Sargeant,           Docket Number

******************************

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Mark E. Bini
Firm Name: U.S. Attorney's Office, E.D.N.Y.
Address:   271 Cadman Plaza East
            Brooklyn, New York 11201
Phone Number: 718-254-8761
E-Mail Address: mark.bini@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ✓
If yes, state description of document to be entered on docket sheet:

A) **If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) **If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

United States v. Doe, 63 F.3d 121, 128 (2d Cir. 1995).

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED:  Brooklyn           , NEW YORK
          12/18/2019

U.S. DISTRICT JUDGE/~~U.S. MAGISTRATE JUDGE~~ HON. ERIC N. VITALIANO

RECEIVED IN CLERK'S OFFICE 12/18/2019
                                          DATE

**MANDATORY CERTIFICATION OF SERVICE**:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

12/18/2019                         Mark E. Bini
DATE                                SIGNATURE